# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LATONYA GORE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>SOUTHSTATE BANK, N.A.,<br><br>           Defendant. | Case No. 8:24-cv-00838-KKM-TGW |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Latonya Gore pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant SouthState Bank, N.A. without prejudice.

Dated: June 26, 2024

Respectfully submitted,

/s/ Mariya Weekes
Mariya Weekes (FL Bar #56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: 786-879-8200
mweekes@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mariya Weekes*
Mariya Weekes (FL Bar #56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: 786-879-8200
mweekes@milberg.com